**William A. Drew, OSB No. 95253, bill@eoplaw.com**
**John D. Ostrander, OSB No. 87394, john@eoplaw.com**
ELLIOTT, OSTRANDER & PRESTON, P.C.
707 SW Washington Street, Suite 1500
Portland, Oregon 97205
Telephone: (503) 224-7112
Facsimile: (503) 224-7819
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SUPPLY SOURCE, INC., an Oregon Corporation, and SUPPLY SOURCE INTERNATIONAL (SHANGHAI) CO., LTD., a Chinese corporation<br><br>PLAINTIFFS,<br><br>v.<br><br>LU YANGFEI, aka FANNY LU and WU YAGANG, aka DICKEY WU, JOHN AND JANE DOES 1-5,<br><br>DEFENDANTS. | Case No. 3:14-CV-00372-HU<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

**To DEFENDANT LU YANGFEI, aka FANNY LU, by and through her counsel of record.**

YOU ARE HEREBY ORDERED TO APPEAR AND SHOW CAUSE at 2:00 p.m. on April 2, 2014, or as soon thereafter as counsel may be heard in before the Honorable Marco A. Hernandez, in Courtroom 14B of the U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR 97204, why you, your agents, and attorneys and those in active concert or participation with you, should not be restrained and enjoined pending trial of this action from transferring or sequestering assets in your possession and control.

Page 1 -  TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

PENDING HEARING on the above Order to Show Cause, you, your agents, Rongo International, Inc., and all those in active concert and participation with you ARE HEREBY RESTRAINED AND ENJOINED from:

a.  Directly or indirectly transferring or sequestering any funds or assets within your possession or control pending further order of the Court;

b.  Transferring any funds from Bank of America, Chase Bank, or any other bank, securities brokerage firm or person holding funds or assets for any and all of your accounts held individually, or jointly with others, pending further order of the Court;

c.  Granting such other relief as the court deems just and proper.

This Temporary Restraining Order is issued because Plaintiffs demonstrate a probability of success on the merits, the balance of hardships tips in Plaintiffs' favor, and Plaintiffs will suffer irreparable loss absent temporary injunctive relief.

This Temporary Restraining Order is effective on Plaintiffs' posting a $300,000.00 bond. This Order to Show Cause and supporting papers must be served on Defendant's counsel no later than three days hereafter, and proof of service shall be filed no later than seven court days before the hearing. Defendant Lu Yangfei, aka Fanny Lu, is ORDERED to respond to this Order to Show Cause by filing and personally serving on Plaintiff's counsel no later than March 31, 2014 at NOON. Proof of service shall be filed no later than two court days before the hearing.

DATED this 20th day of March, 2014.

_____
MARCO A. HERNÁNDEZ
United States District Court Judge

Page 2 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com