John A. Berg, OSB No. 120018
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone:   503.221.0309
Fax No.:       503.242.2457
jberg@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SUPPLY SOURCE, INC., an Oregon Corporation, and SUPPLY SOURCE INTERNATIONAL (SHANGHAI) CO., LTD., a Chinese corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LU YANGFEI, aka FANNY LU and WU YAGANG, aka DICKEY WU, JOHN AND JANE DOES 1-5,<br><br>Defendants. | Case No. 3:14-CV-00372-HU<br><br>**SECOND AMENDED TEMPORARY RESTRAINING ORDER** |

**To DEFENDANT LU YANFEI, aka FANNY LU, by and through her counsel of record.**

This Second Amended Temporary Restraining Order modifies and replaces the Order dated April 1, 2014 (Dkt. No. 14).

PENDING DISMISSAL OF THIS MATTER OR ANY SHOW CAUSE HEARING ON A PRELIMINARY INJUNCTION, whichever is sooner, you ARE HEREBY RESTRAINED AND ENJOINED as follows:

Page 1 -  **SECOND AMENDED TEMPORARY RESTRAINING ORDER**

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97024
Tel: 503.221.0309

      a.      Unless otherwise ordered by the Court, you are restrained and enjoined from directly or indirectly liquidating, transferring, encumbering or sequestering all domestic assets (including real estate and bank funds) – whether the assets are owned by you directly or indirectly, through an entity owned by you or through a trust, individually, or jointly with some other individual or entity -- with three exceptions: (1) you are free to liquidate, transfer, encumber or sequester assets with a fair market value of less than $500 USD; (2) you are free to transfer and consolidate any of your domestic bank funds into any account(s) solely under your name (the "consolidated account(s)"), and (3) you are free to transfer amounts from any consolidated account(s) to payees that are stipulated in writing between your counsel, John Berg, and Plaintiffs' counsel, William Drew, as counsel may agree.

      b.      Unless otherwise ordered by the Court, you are restrained and enjoined from directly or indirectly liquidating, transferring, encumbering or sequestering any foreign assets (including real estate and bank funds, but excluding any assets with a fair market value of less than $500 USD) – owned by you individually, whether directly or indirectly, through an entity owned by you or through a trust – unless otherwise ordered by the Court; provided, however that nothing in this injunction prevents any act of any sort by a third-party foreign citizen or foreign business in relation to its/her/his foreign assets, whether owned individually, or jointly with you; and

This Amended Temporary Restraining Order is immediately effective and shall supersede the Order dated April 1, 2014 (Dkt. No. 14). Plaintiffs' existing $300,000.00 bond shall remain

Page 2 - **SECOND AMENDED TEMPORARY RESTRAINING ORDER**

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR 97024
Tel: 503.221.0309

in effect pending the dismissal of this matter or any show cause hearing regarding a preliminary injunction, whichever is sooner.

This Second Amendment to the Temporary Restraining Order (Dkt. No. 17) need not be served on Defendant Lu. It is entered by stipulation of the parties. Defendant Lu specifically denies the allegations within Plaintiffs' First Amended Complaint (Dkt. No. 4) and Plaintiffs' Motion and Memorandum in Support of Temporary Restraining Order and accompanying declarations (Dkt. Nos. 5-9); and this stipulation to modify the temporary restraining order shall not be admissible as evidence as to the truth of the allegations contained therein, or any other allegations by Plaintiffs relating to the merits of Plaintiffs' claims.

DATED this 16 day of June, 2014.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Court Judge